UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SUSAN J. HILTERBRICK | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| SUSAN J. HILTERBRICK | : | |
| Respondent(s) | : | CASE NO. 1-20-bk-00916 |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

  AND NOW, this 23rd day of April, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

  1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a. The plan is underfunded relative to claims to be paid. (IRS)

  WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

         Respectfully submitted:


         /s/Charles J. DeHart, III
         Standing Chapter 13 Trustee
         8125 Adams Drive, Suite A
         Hummelstown, PA 17036
         (717) 566-6097

CERTIFICATE OF SERVICE

       AND NOW, this   28th   day of April, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Thomas Fleckenstein, Esquire
470 Locust Street
Columbia, PA   17512

                                           /s/Deborah A. Behney
                                           Office of Charles J. DeHart, III
                                           Standing Chapter 13 Trustee